IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SENEATHA MCKINNON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-1755 |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiff Seneatha McKinnon's Notice of Dismissal. Dkt. 18. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the action is DISMISSED WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
July 23, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge