IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SENEATHA MCKINNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:23-cv-1755 |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiff Seneatha McKinnon's Stipulation of Dismissal. Dkt. 20. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Trans Union, LLC and Equifax Information Services, LLC are DISMISSED from this action WITH PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
September 4, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge