IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SENEATHA MCKINNON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) Civil Action No.: 1:23-cv-1755-RDA-IDD |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff Seneatha McKinnon ("Ms. McKinnon"), by counsel, notifies the Court that she has settled her claims against Defendant LVNV Funding, LLC ("LVNV"). The Parties are working to finalize the settlement and will submit dismissal papers within 45 days, unless the Court orders an earlier submission.

Respectfully submitted,
**SENEATHA MCKINNON**

*/s/ Kristi C. Kelly*
Kristi C. Kelly (VSB # 72791)
Andrew J. Guzzo (VSB # 82170)
Casey S. Nash (VSB # 84261)
J. Patrick McNichol (VSB # 92699)
Matthew G. Rosendahl (VSB # 93738)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
casey@kellyguzzo.com
pat@kellyguzzo.com
matt@kellyguzzo.com
*Plaintiff's Counsel*